AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| HINCALIGHT CORPORATION, | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 16-cv-20980-JEM |
| NATURAL PRODUCTS INTERNATIONAL LLC, and JEAN PIERRE FUENTE, | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  JEAN PIERRE FUENTE

15622 SW 31st Lane, Miami, FL 33185

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Edmar Amaya, LL.M., Esq. - EDAM LAW PLLC Attorneys
Latitude One Office Tower
175 SW 7th Street, Penthouse Suite 2410
Miami, FL 33130
Phone: 305-384-7370
edmar.amaya@ edamlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Steven M. Larimore
Clerk of Court

Date:     03/17/2016

*s/ Alex Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| HINCALIGHT CORPORATION, *Plaintiff(s)* | ) ) ) ) ) ) |
| v. | ) )  Civil Action No. 16-cv-20980-JEM |
| NATURAL PRODUCTS INTERNATIONAL LLC, and JEAN PIERRE FUENTE, *Defendant(s)* | ) ) ) ) ) ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  NATURAL PRODUCTS INTERNATIONAL LLC,

10480 NW 37th Terrace, Doral, FL 33178

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Edmar Amaya, LL.M., Esq. - EDAM LAW PLLC Attorneys
Latitude One Office Tower
175 SW 7th Street, Penthouse Suite 2410
Miami, FL 33130
Phone: 305-384-7370
edmar.amaya@ edamlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   03/17/2016

Steven M. Larimore
Clerk of Court

*s/ Alex Rodriguez*
Deputy Clerk
U.S. District Courts