# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

HINCALIGHT, CORPORATION

Plaintiff,

- VS -

NATURAL PRODUCTS INTERNATIONAL LLC,
and
JEAN PIERRE FUENTE,

Defendants.
_____/

Case No.: 1:16-cv-20980-JEM

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Hincalight Corporation ("Hincalight"), and Defendant, Natural Products International LLC ("Natural Products") (collectively, "the Parties"), by and through their attorneys, hereby stipulate to the dismissal of this action and all claims and counterclaims made between the Parties in this action *with* prejudice, with the court retaining jurisdiction to enforce the Parties' Confidential Settlement Agreement and the Permanent Injunction entered by this Court. The Parties note that Defendant Jean Pierre Fuente was previously dismissed on September 13, 2016 *without* prejudice [D.E. 26].

Respectfully submitted, this November 8, 2016.

Pursuant to the CM/ECF Administrative Procedures, John Fulton, Jr. and Martin M. Simkovic have provided consent to Edmar M Amaya to electronically sign this document on their behalf.

By: */s/John Fulton, Jr.*
John Fulton, Jr.
Florida Bar No. 173800
**MALLOY & MALLOY, P.L.**

By: */s/ Edmar M. Amaya*
Edmar Amaya, LL.M., Esq.
Florida Bar No.: 63816
edmar.amaya@edamlaw.com

| | |
|---|---|
| 2800 S.W. Third Avenue<br>Miami, Florida 33129<br>T: (305) 858-8000<br>F: (305) 858-0008<br>*Counsel for Defendant Natural Products International, LLC.* | By*: /s/ Martin M. Simkovic*<br>Martin M. Simkovic<br>Florida Bar No.:  870625<br>martin@slfpa.com<br><br>**EDAM LAW PLLC**<br>*Counsel for Plaintiff*<br>**The Simkovic Lawfirm P.A.**<br>*Counsel for Plaintiff*<br>175 Southwest 7 Street, Suite 2410<br>Miami, Florida 33130<br>T: 305.384.7370<br>F: 305.384.7371 |

### CERTIFICATE OF SERVICE

    I hereby certify that on November 8, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

                                                  By: */s/ Edmar M. Amaya*
                                                  Edmar Amaya, LL.M., Esq.