UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 16-20980-CIV-MARTINEZ-GOODMAN**

HINCALIGHT CORPORATION,
Plaintiff,

vs.

NATURAL PRODUCTS INTERNATIONAL LLC, and JEAN PIERRE FUENTE,
Defendants.
_______________________________________/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT**

THIS MATTER is before the Court upon the parties' Stipulation of Dismissal with Prejudice [ECF No. 36]. It is:

**ADJUDGED** that this action is **DISMISSED with prejudice**. The Court notes that Defendant Jean Pierre Fuente was previously dismissed without prejudice [ECF No. 26]. The Court shall retain jurisdiction to enforce the parties' Confidential Settlement Agreement and the Permanent Injunction entered by this Court. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 18 day of January, 2017.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record